FILED

04/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0024

IN THE SUPREME COURT OF THE STATE OF MONTANA

No.24-0024

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHANE WAYNE STANLEY,

      Defendant and Appellant.

---

# GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 3, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 26 2024